JS

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

US [Robert Wallace, b. George W. Bush],
Plaintiffs
v.
Bank Of America, Et. Al.,
Defendants

CIVIL ACTION

NO. 08cv4179

## MOTION TO PROCEED IN FORMA PAUPERIS

See Enclosure.

_____
Signature

P.O. Box 7883
Atlantic City, NJ, 08404-9998
Address

Robert Wallace
Print your name

Motion For In Faumra Paupris Is Identical To That OF Case No. 02 : 08 – CV – 3946 [ AS You Know , Cases Less Than 30 Days Since Such Motion Is Approved , Need Not Be ReHeard . Motion Approved On August 2008 , a. No Interventions , b. No Writs OF Seizure ] . Case Includes NO SOVIET ASSESSIONING [ Card For Official Government Duty Days Only , See Res Judicata References , U.S. , Versus . , Putin , 2003 – 2005 , U.S. Reports ] , And , Shows Guilty , Civil Rights , First Amendment , Constitution 1. : a. The Former Attorney General , Alberto Gonzales , b. U.S. Marshal , Philadelphia , Pennsylvania c. Tom Wagner [ Not A Device Case , Not An a. Africa – U.S. , Or , b. U.S.M.A. Member , Others At Text ][ No Alternate Versions ] . See DEFAULT , Stolen Entries , Not A Device Case !

ArT

Chief Executive [ Retired ]

# STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

U.S. v. Art Wallace b. George W. Bush
Full name of Plaintiff

v.

Bank Of America, Et. Al.
Defendant(s)

Civil Action No. _____

I, _____Art Wallace_____, declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?   Yes ☒   No ☐
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____
   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. _____

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?      Yes ☒   No ☐
   b.) Rent payments, interest, or dividends?                 Yes ☐   No ☐
   c.) Pensions, annuities, or life insurance payments?       Yes ☐   No ☐
   d.) Gifts or inheritances?                                 Yes ☒   No ☐
   e.) Any other sources?                                     Yes ☐   No ☐
   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. See Court Microfilm

3.) Do you own cash, or do you have money in a checking or savings account?   Yes ☒   No ☐
   If the answer is "yes", state the total value of the items owned. 2.80

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   If the answer is "yes", describe the property and state is approximate value.   Yes ☒   No ☐
   See Court Microfilm

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. DD Form 1172

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON __27 August 2008__
(Date)

_____
(Plaintiff's Signature)