A Copy For Mister Bibbee , Mister Plewes [ Reimbursement Of Expenses ] , And, Mister  N. Muhammad Is Permitted [ Releasor ] . Case No. Unassigned , Filed , 26 August 2008 Is Not Withdrawn !

29 August 2008

Clerk Of Court

Attention : Clerk , Miller , Research

United States District Court , Byrne Courthouse

Philadelphia , Pennsylvania 19105

02 : 08 - CV - 4179

SUBJECT : Research Assistance , Case No. 02 : 08 – CV – 3946 , Payment For The Primary Plaintiff Only , Check On Site [ At An F.&A.O. , E.P.P. , F.E.P.A. ]

1. Please Make Yourself Available To Provide Exact Amounts Due From Approved Motion For Summary Judgement [ Redesignated From Motion For In Faumra Paupris – See Interactive Docket ] , Pay Is Directed From Department OF Defense , Payment OF Federal Debit , " No – Nonsense Order Rule " , BY NSA , Philadelphia , And , Administrative Office[s] , Canada – U.S. . Pay Processing IS Set [ See Rule 8 ( D ) , Specific Denial * ] For , 31 August , And , 1 September 2008 . ORDER Grants Pay Start For Special Pay And Allowances [ a. Medal Of Honor , P.O.W. – M.I.A. , F.F.L. Pension , b. Government Identification Card Issuance ] , Not Included In One Time Settlement Amount . The Military ORDER [ Number , Content ] , Is Available From Clerk , Mike Kunz , Retired , Consultant To The Court [ ORDER Kept On Diskette , Restricted Data ][ Authority For Judgment Is White House N.A.R.A. , & , Administrative Counsel , Executive Offices Of The Chief Executive , ........NO FLAGS ] . ORDER Affirms , .... No Forgien Citizenships { All Citizenship Numbers Are For Official Government Travel VISA Purposes Only ] ,  No Religious , Social, Or , Political Memberships [ NO CONFLICT IN PAY , Exempt From All Forgien Citizenship Acts , P.L. ] . Court' ORDER Also , Awards Medicare A , B , Military Retiree , And , Affirms Corrected Name : Art Walters , Sole Social Security Number Holder , 196505840 , And, Date Of Birth : 28 October 1954 [ Current Governor Edward Rendell – Republican ] . Remaining Pay From U.S. Treasury , Toronto , Republic Of Canada

2. A Call From The Department OF Defense Facility Can be Expected During Such Process - ing . Thanks For Your Assistance . Court Costs ARE AWARDED TO THE PLAINTIFF FROM THE U.S. [ BILL TO THE DEPARTMENT OF JUSTICE FOR RESEARCH SERVICES ] .



ART

CHIEF EXECUTIVE  [ RETIRED ] *

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 08/30/2008 10:09
                                              NAME   : FEDEX KINKO'S    0669
                                              FAX    : 215-923-2560
                                              TEL    :
                                              SER.#  : 000H7N172072


    DATE,TIME                        08/30  10:09
    FAX NO./NAME                     12024562461
    DURATION                         00:00:22
    PAGE(S)                          01
    RESULT                           OK
    MODE                             STANDARD
                                     ECM
```

```
                              TRANSMISSION VERIFICATION REPORT

                                                   TIME  : 08/30/2008 10:06
                                                   NAME  : FEDEX KINKO'S    0669
                                                   FAX   : 215-923-2560
                                                   TEL   :
                                                   SER.# : 000H7N172072


    DATE,TIME                          08/30  10:06
    FAX NO./NAME                       12155976390
    DURATION                           00:00:23
    PAGE(S)                            01
    RESULT                             OK
    MODE                               STANDARD
                                       ECM
```

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME    : 08/30/2008 10:02
NAME    : FEDEX KINKO'S    0669
FAX     : 215-923-2560
TEL     :
SER.#   : 000H7N172072
```

```
DATE,TIME           08/30 10:02
FAX NO./NAME        12026222151
DURATION            00:00:22
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```