IN THE UNITED STATES DISTRICT COURT

PHILADELPHIA , PENNSYLVANIA

ART WALTERS , ET , AL .

Plaintiffs ,

Versus . .

U.S. , Et. , Al. .

Defendants ,

CASE NO.   CASE NO. 02 : 08 – CV – 4187 - ATW

DATE :, Thursday , 04 September , 2008 , 16:20

Purpose · The U.S

Civil Rights Act Of

1964 , The Bureau Of

Administration Act , P.L





Clerk

Dep. Clerk

CASE NO. 02 : 08 – CV – 4187 , RULES 33 , 59 B. , INTERROGATORY [ MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE THOUGHT OF , AS , AN UNANSWERABLE { FINAL } PLEADING , 30 , AND, 10 DAY SUSPENSE{S} ]

S T I P U L A T I O N

[ FOR : CHIEF EXECUTIVE OFFICER , Micro – Tel Inc. , TENNESSEE ]

CASE NO. 02 : 08 – CV – 4187 , RULES 33 , 59 B. , INTERROGATORY [ MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE
THOUGHT OF , AS , AN UNANSWERABLE [ FINAL ] PLEADING , 30 , AND, 10 DAY SUSPENSE[S] ]

S T I P U L A T I O N

[ FOR : CHIEF EXECUTIVE OFFICER , Micro – Tel Inc. , TENNESSEE ]

HEREIN PROPOSED TO MY BUSINESS FRIEND , THE CHIEF EXECUTIVE OFFICER , ! ART WALTERS , 196505804 ,

THE [ SOLE ] CLAIMANT , WHEN PAYING FOR AN ADDITIONAL NIGHT'S STAY , WAS REFUSED USE OF A WORKING DEBIT CARD , A

CARD NUMBER DIFFERENT THEN THAT USED TO PAY INCIDENTIAL EXPENSES , AND , WAS TOLD THAT SAID CARD COULD NOT BE

BILLED , CONSTITUTING AN ACT OF FRAUD , BY , FALSE STATEMENT , TITLE 18 U.S.C. , SUCH AN ACT IS VERIFIED BY RECEIPT

CONTAINED HEREIN , SHOWING CARD VALID FOR USAGE , FILM , FROM PHILADELPHIA INTERNATIONAL AIRPORT SECURITY [ C.I.A. –

C.I.S. ] , SHOWING A SIGN CONTAINNIG FULL ACCEPTANCCE OF SUCH CARDS , DISPLAYED ON THE LOCATIOSN COUNTER . IN

RECOGNITION , OF PREVIOUS VIOLATIONS ASSESSED AGAINST THE OWQNERSHIP OF THIS LOCATION , THE FOLLOWING DAMAGES ARE

ASKED HONORED BY YOUR CORPORATION , AND , ORDERED OF THIS FRANCHISE' MANAGEMENT , AS A CONDITION OF RETENTION OF

SAID FRANCHISE [ FRANCHISE OWNERS ARE EXEMPT FROM PROVISIONS FORBIDING PERSONNEL SUIT BY EMPLOYEES OF MICRO – TEL

INC ] :

[ NOTE : FRANCHISE OWNERSHIP , IS COURT RESTORED HEREIN , IN AN ADMINISTRATIVE – FINANCIAL ORDER , CASE NO. 02

: 08 – CV – 3946 ] :

a.    STIPULATION TO PAY DAMAGES IN AN AMOUNT OF 1,000 . 00 IN CASH , OR , CREDIT TO PRIMARY PLAINTIFF' CREDIT

CARD , AND , TO AUTHORIZE ONE FREE NIGHT'S STAY [ ON OR AFTER 8 SEPTEMBER 2008 ] , BY , THE FRANCHISE LOCATION'

[ THE PHILADELPHIA , PENNSYLVANIA .  INTERNATIONAL AIRPORT' ] MANAGEMENT FIRM . THE CUSTOMER SERVICE

REPRESENTATIVE ASSIGNED CAN INITIATE THE SATISFACTION OF SAID DAMGES BY PHONE TO THE LOCATION'S MANAGER .

PLEASE NOTE THAT THE AMOUNT IS APPROXIMATELY  1108 . 00 . THE LOCATION'S MANAGER CAN VERFIY THAT THE SAID

TRANSACTION TAKE'S PLACE [ IT IS NICE TO KNOW THAT THE CHIEF EXECUTIVE OFFICER IS ALWAYS AVAILABLE TO EVEN THE

RETAIL CUSTOMER , THANKS , ART ! ] .

b.    LASTLY , NO FORGIEN CITIZENSHIPS , NO RELIGOUS , SOCIAL , OR , POLITICAL MEMBERSHIPS  [ U.S. ] , A STATUS OF

NON – AFFILIATED IS ORDERED BY REFERENCE ORDER [ SEE RULE 8 ( D ) , SPECIFIC DENIAL , SUPERCESSION OF THE CURRENT

DIRECTOR , IMMIGRATION , AND , NATURALIZATION SERVICE , PRIMARY PLAINTIFF IS FORMER SECRETARY FOR

IMMIGRATION AND NATURALIZATION . MATTER IS a. NOT A DEVICE CASE , b. MAY CONTAIN NO RULE BY CLERK'S NOTES , c.

AND , c. NO USE ASSIGNMENT , DEVICE , OR , LINE NUMBERS BY ALL , OR , ANY DEFENDANT[S] IS ALSO A PART OF THE

COURT'S ORDER ] ! THE PHILADELPHIA POLICE DEPARTMENT IS ALSO , AN ADDED DEFENDANT[s] [ R.I.C.O. , TITLE 18 U.S.C. ,

a.    UNDUE INFLUENCE , b. VIOLATION OF JURISDICTION { 1. Advising The Hotel , 2. Acting For The Court } . No Claims [ No

Check{s} ~ On }[ Any And All Certifications In Contradiction Of Content OF The Stipulation Are Rejected OF Docket , Each Item

Is A Forgery * , Title 18 U.S.C. . See Docket Rule , U.S.S.C. , Title 28 U.S.C. } ! THIS STIPULATION DOES INCLUDE DIRECTOR'S

RULE BY FORMER DIRECTOR , ART WALTERS , 196505804 [ SOLE HOLDER ] IN SUPERCESSION * OF MISTER NORRIS GELMAN [

Executive Rule , Includes R.I.C.O. , F.B.I. , Threats , Title 18 U.S.C. ]

ArT

Location Manager

Philadelphia International Airport

Tinicum Boulevard

Philadelphia , Pennsylvania

Chief Executive [ Retired , Elected : a. American Communist

Party , b. Communist OF U.S.A. , c. Democrat ,d.  Republican

And , e. Soviet ,  }

Former Counsel To The President * [ Retired , Elected : a.

Democrat , b. Republican , And ,  c. Soviet  , 3 Terms ]



home | sign in | contact information

## ACCOUNT TRANSACTIONS

Printer Friendly Version...

LEARN MORE MENU

Learn More
Important Things to Know
FAQ
Terms & Conditions
Contact Information

| Card Account: FastCardVisa - 4474 | Available Balance: 21.25 |
|---|---|

| Total Debits | $0.0 |
|---|---|
| Total Credits | $100.0 |
| Ending Balance | $21.25 |

Pending Transaction:

| Transaction Date | Transaction | Pending Amount |
|---|---|---|
| 09/04/2008 06:06 PM | FEDEX KINKO'S #0669<br>FEDEX KINKO'S #0669<br>PHILADELPHIA , PA<br>Ref: 088248795744322<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 43.62 |
| 09/04/2008 03:25 PM | FEDEX KINKO'S #0669<br>FEDEX KINKO'S #0669<br>PHILADELPHIA , PA<br>Ref: 008248699258709<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 1.00 |
| 09/04/2008 05:37 PM | FEDEX KINKO'S #0669<br>FEDEX KINKO'S #0669<br>PHILADELPHIA , PA<br>Ref: 008248778354495<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 6.10 |
| 09/03/2008 10:28 PM | DOMINO'S PIZZA #4796<br>DOMINO'S PIZZA #4796<br>PHILADELPHIA , PA<br>Ref: 288248088822807<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 12.19 |
| 09/03/2008 05:05 PM | SEPTA/SUBURBAN STN<br>SEPTA/SUBURBAN STN<br>PHILADELPHIA , PA<br>Ref: 008247759068802<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 6.00 |

1 2



home | sign in | contact information

## ACCOUNT TRANSACTIONS

Printer Friendly Version..

| Card Account: FastCardVisa - 7478 | Available Balance: 71.88 |
|---|---|

| | |
|---|---|
| Total Debits | $0.0 |
| Total Credits | $100.0 |
| Ending Balance | $71.88 |

Learn More
Important Things to Know
FAQ
Terms & Conditions
Contact Information

**Pending Transaction:**

| Transaction Date | Transaction | Pending Amount |
|---|---|---|
| 09/04/2008 04:55 PM | FEDEX KINKO'S #0669<br>FEDEX KINKO'S #0669<br>PHILADELPHIA , PA<br>Ref: 008248753424399<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 1.00 |
| 09/04/2008 09:36 PM | FEDEX KINKO'S #0669<br>FEDEX KINKO'S #0669<br>PHILADELPHIA , PA<br>Ref: 288249057907698<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 16.05 |
| 09/04/2008 06:14 PM | FEDEX KINKO'S #0669<br>FEDEX KINKO'S #0669<br>PHILADELPHIA , PA<br>Ref: 008248800598239<br>Type: 360100 POSPreAuth POSPreAuth:Checking:NoAccount | 11.07 |

**Posted Transaction:**

| Transaction Date | Transaction | Debit(-) Credit(+) |
|---|---|---|
| 09/04/2008 12:00 PM | INCOMM<br>Ref:<br>Type: 990400 Visa Gift Card Activation Visa Gift Card Activation:Credit | 100.00 |

IN THE UNITED STATES DISTRICT COURT

PHILADELPHIA , PENNSYLVANIA

ART WALTERS , ET. , AL. ,

Plaintiffs ,

Versus . ,

U.S. , Et. , Al. ,

Defendants ,

CASE NO.    CASE NO. 02 : 08 – CV – 4187 –

DATE : , Thursday , 04 September , 2008 , 16:20:

Purpose : The U.S.

Civil Rights Act Of

1964 , The Bureau Of

Administration Act , P.L.

CASE NO. 02 : 08 – CV – 4187 , RULES 33 , 59 B. , INTERROGATORY { MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE THOUGHT OF , AS , AN UNANSWERABLE { FINAL } PLEADING , 30 , AND , 10 DAY SUSPENSE{S} }

S T I P U L A T I O N

{ FOR : CHIEF EXECUTIVE OFFICER , BANK OF AMERICA , CHARLOTTEE , NORTH CAROLINA }

CASE NO. 02 : 08 – CV – 4187 , RULES 33 , 59 B. , INTERROGATORY [ MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE THOUGHT OF , AS , AN UNANSWERABLE ( FINAL ) PLEADING , 30 , AND, 10 DAY SUSPENSE{S} ]

S T I P U L A T I O N

[ FOR : CHIEF EXECUTIVE OFFICER , BANK OF AMERICA , CHARLOTTEE , NORTH CAROLINA ]

HEREIN PROPOSED TO MY BUSINESS FRIEND , THE CHIEF EXECUTIVE OFFICER , I ART WALTERS ,

196505804 , THE [ SOLE ] ACCOUNT HOLDER , ACCOUNT NUMBERS , a. _____ , b.

_____ , AND , c. _____ [ A HIDDEN ACCOUNT , COURT RESTORED HEREIN , AN

ADMINISTRATIVE – FINANCIAL ORDER , CASE NO. 02 : 08 – CV – 3946 ] . IS A STIPULATION TO REFUND ,

OR , PERMIT COLLECTED [ U.S. TREASURY ] THE AMOUNT OVERPAID IN MY AUGUST 2008 , DIRECT

DEPOSIT , BY , THE UNITED STATES TREASURY [ A COPY OF SSA FORM USED , IS CONTAINED HEREIN .

FORM IS EXECUTED BETWEEN , a. THE THOMAS JEFFERSON HOSPITAL BRANCH OFFICE , OF , THE  BANK

OF AMERICA  , AND , THE PRIMARY PLAINTIFF . PLEASE NOTE THAT THE AMOUNT IS APPROXIMATELY

624 . 00 . THE BRANCH MANAGER CAN VERFIY THE TRANSACTION [ IT IS NICE TO KNOW THAT THE CHIEF

EXECUTIVE OFFICER IS ALWAYS AVAILABLE TO EVEN THE RETAIL CUSTOMER , THANKS , ART ! ] . LASTLY ,

COSTS , FEES , AND , EXPENSES AWARDED BY THE COURT [ SEE RULE 8 ( D ) , SPECIFIC DENIAL ] , TOTAL ,

1983 . 00 . A CHECK , OR , CASH ISSUED BY THE BRANCH MANAGER IS ASKED FOR SIMPLICITY , AND ,

CONVIENCE OF TIME , I'LL BE IN THE OFFICE , ON , 5 SEPTEMBER 2008 , AT NOON . PLEASE , INSTRUCT

THE BRANCH MANAGER AUTHORIZED THE BRANCH TO DISCUSS THIS MATTER , COMPLETE THIS FORM ,

AND , BEGIN FINANCIAL TRANSACTION[S] .   NO FORGIEN CITIZENSHIPS , NO RELIGOUS , SOCIAL , OR ,

POLITICAL MEMBERSHIPS  [ U.S. ] , A STATUS OF NON – AFFILIATED IS ORDERED BY REFERENCE ORDER

[ SEE RULE 8 ( D ) , SPECIFIC DENIAL , SUPERCESSION OF THE CURRENT DIRECTOR , IMMIGRATION ,

AND , NATURALIZATION SERVICE , PRIMARY PLAINTIFF IS FORMER SECRETARY FOR IMMIGRATION AND

NATURALIZATION . MATTER IS a. NOT A DEVICE CASE , b. MAY CONTAIN NO RULE BY CLERK'S NOTES , c.

AND , c. NO USE ASSIGNMENT , DEVICE , OR , LINE NUMBERS BY ALL , OR , ANY DEFENDANT[S] IS ALSO

A PART OF THE COURT'S ORDER ] ! THE PHILADELPHIA POLICE DEPARTMENT IS ALSO , AN ADDED

DEFENDANT[s] [ R.I.C.O. , TITLE 18 U.S.C. , a. UNDUE INFLUENCE , b. VIOLATION OF JURISDICTION ( 1. Advising

The Bank , 2. Acting For The Court } . No Claims [ No Check{s} – On ][ Any And All Certifications In Contradiction

Of Content OF The Stipulation Are Rejected OF Docket , Each Item Is A Forgery * , Title 18 U.S.C. . See Docket

Rule , U.S.S.C. , Title 28 U.S.C. ] ! THIS STIPULATION DOES INCLUDE DIRECTOR'S RULE BY FORMER DIRECTOR ,

ART WALTERS , 196505804 [ SOLE HOLDER ] IN SUPERCESSION * OF MISTER NORRIS GELMAN [ Executive Rule ,

Includes R.I.C.O. , F.B.I. , Threats , Title 18 U.S.C. ]  .

ArT

Branch Manager

Four Penn Center                              Chief Executive [ Retired , Elected : a. American Communist

Philadelphia , Pennsylvania                   Party , b. Communist OF U.S.A. , c. Democrat ,d.  Republican

[ For Chief Executive Officer                 And , e. Soviet ,  }

Bank Of America ]                             Former Counsel To The President * [ Retired , Elected : a.

                                              Democrat , b. Republican , And ,  c. Soviet  , 3 Terms ]



Dispute Resolution Services
P.O. Box 53137
Phoenix, AZ 85072-9317

July 3, 2008

ARTHUR TERRY WALTERS
PO BOX 7883
ATLANTIC CITY  NJ  08404-7883

Amount:                                    $101.06
Claim Number:                    1565203JUL08
Account Number ending in:        2853

Dear ARTHUR TERRY WALTERS:

Thank you for your recent inquiry concerning the above-referenced ATM/Check Card activity. Our goal is to research and resolve this matter for you as quickly as possible.

To ensure your total customer satisfaction, we have issued a temporary credit for $101.06 on July 3, 2008 while we perform our research.

In accordance with the applicable law, we require your written confirmation of the transaction or transactions that you dispute. Accordingly, please complete and return the enclosed dispute form within five days upon receipt of this letter. For your convenience in responding, you may use the enclosed business reply envelope, or you may fax the information to 800.306.1079.

We will be conducting research to resolve your disputes and we will notify you of the final result. Should it be determined that no error has occurred, or if we do not receive the dispute form, the temporary credit to your account will be reversed and the dispute will be considered resolved.

Bank of America appreciates your business and values you as a customer. If you have any questions about this matter, please call our toll free number 877.366.1121 for assistance in English or 877.247.3220 in Spanish. Our Customer Service Representatives are available to assist you Monday through Friday between 7:00 a.m. and 10:00 p.m., and Saturday and Sunday between 8:00 a.m. and 5:00 p.m. local time. For faster service, please have your claim number, access identification and Personal Identification Number (PIN) available.

ATM/Debit Card Operations FRDC01

Enclosure(s)

**AFFIDAVIT OF FRAUD CLAIMANT**

ATM/Check Card # ending in: 3681
CLAIM #: 1565203JUL08                    Unit #:  FRDC01

1.  Please check only one of the following four
    statements and provide the corresponding card name and
    effective date if applicable:

___  A. The ATM/Check Card was still in my possession when the fraudulent
         charge(s) occurred.
___  B. The ATM/Check Card was lost. Name on lost card _____
___  C. The ATM/Check Card was stolen. Name on stolen card _____
___  D. The ATM/Check Card was never received.

2.  If you have reported the information to law enforcement or the Postal
    Inspector, please provide the following:

Officer's name _____        Agency _____
Report Date/Number _____        Phone (_____)_____

3.  Please check one of the following:
___  I/we have no knowledge of the identity or whereabouts of the person(s) using
     the ATM/Check Card.
___  I/We can identify the suspect as:

Name _____        Phone (_____)_____
Address _____        City/State/Zip _____

If there is a known suspect and you did not report this to the Police, please
explain why: _____
_____

Transactions on or after 06/21/08 were not authorized by me, or other
authorized user(s).  I agree to assist Bank of America in its effort to
investigate the allegations stated above, including, but not limited to,
providing sworn testimony regarding the facts of this matter.  My signature
indicates that, to the best of my knowledge, the statement in this affidavit
is true and correct.  The date on the affidavit reflects the actual
transaction date or prior, not the date it posted to your account.  Please do
not alter the date on the affidavit in any way, as it will affect our ability
to resolve your claim.  Please be advised this information may be shared with
third parties to help resolve your claim.

4.  Please obtain the signatures, if possible, of all people who have access to
    use your account and their relationship to you.  This information will help
    us to resolve the claim.

_____

ARTHUR TERRY WALTERS

_____

_____
Signature of co-applicant/            Relationship to Primary Cardholder
authorized user

Upon completion of this affidavit, please fax it to (800) 306-1079, or return
it in the enclosed postpaid envelope to P.O. Box 53137, Phoenix, AZ
85072-9317.  It is not necessary to return the cover letter.

CASE NO : 08 - CV - 4187 , RULES 33 , 58 R. , INTERROGATORY [ MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE
INCIDENT OF , AS , AN UNANSWERABLE [ FINAL ] PLEADING , 30 , AND, 10 DAY SUSPENSE]3 ]

S T I P U L A T I O N

FOR , CHIEF EXECUTIVE OFFICER , BANK OF AMERICA , CHARLOTTE , NORTH CAROLINA ]

HEREBY PROPOSED TO ANY BUSINESS FRIEND , THE CHIEF EXECUTIVE OFFICER , [ ART WALTERS ,

HR805206 , THE [ SOLE ] ACCOUNT HOLDER , ACCOUNT NUMBER , A. _____ , b.

_____ , AND , c. _____ ] A HIDDEN ACCOUNT , [ OR,OR] RESTORED HEREIN , AN

ADMINISTRATIVE – FINANCIAL ORDER , CASE NO. 02 , 08 – CV – 3546 ] , IS A STIPULATION TO REFUND

OR , PERMIT COLLECTED [ U.S. TREASURY ] THE AMOUNT] OVERPAID IN MY AUGUST 2008 , DIRECT

DEPOSIT , BY , THE UNITED STATES TREASURY ] A COPY OF SSA FORM USED , IS CONTAINED HEREIN

FORM IS EXECUTED BETWEEN , a. THE THOMAS JEFFERSON HOSPITAL BRANCH OFFICE , OF , THE BANK

OF AMERICA , AND , THE PRIMARY PLAINTIFF , PLEASE NOTE THAT THE AMOUNT IS APPROXIMATELY

[ SEE, b] , THE BRANCH MANAGER CAN VERIFY THIS TRANSACTION [ IT IS NICE TO KNOW THAT THE CHIEF

EXECUTIVE OFFICER IS ALWAYS AVAILABLE TO EVEN THE RETAIL CUSTOMER ] , THANKS , ART ] [ LASTLY ,

COSTS , FEES , AND , EXPENSES AWARDED BY THE COURT [ SEE RULE B1 D ] , SPECIFIC PLEADA ] , TOTAL ,

1963 .60 , A CHECK , OR , CASH ISSUED BY THE BRANCH MANAGER IS ASKED FOR SIMPLICITY , AND ,

CONVENIENCE OF TIME , I'LL BE IN THE OFFICE , ON , 5 SEPTEMBER 2008 , AT NOON , PLEASE , INSTRUCT

THE BRANCH MANAGER AUTHORIZED THE BRANCH TO DISCUSS THIS MATTER , COMPLEX [ THIS DEFN ,

ARE , DEANS FINANCIAL TRANSACTIONS] , NO FOREIGN CITIZENSHIPS , NO RELIGIONS , SOCIAL , OR ,

POLITICAL MEMBERSHIPS [3c5 ] , A STATUS OF NON – AFFILIATED IS ORDERED BY REFERENCE ORDER

[ SEE RULE B ] D ] , SPECIFIC DENIAL , SUPERCESSION OF THE CURRENT DIRECTOR , IMMIGRATION ,

AND , NATURALIZATION SERVICE , PRIMARY PLAINTIFF IS FORMER SECRETARY FOR IMMIGRATION AND

NATURALIZATION , MATTER IS a. NOT A DEVICE CASE , b. MAY CONTAIN [60 RULES BY CLERKS NOTES , ] ,

AND , c. NO USE ASSIGNMENT , DEVICE , OR , LINE NUMBERS BY ALL , OR , ANY DEFENDANT(S) IS ALSO

A PART OF THE COURT'S ORDER [ THE PHILADELPHIA POLICE DEPARTMENT IS ALSO , AN ADDED

DEFENDANT [ R.I.C.O. , TITLE 18 U.S.C. , a. VIOLENT INFLUENCE , b. VIOLATION OF JURISDICTION ] 2. Running

The Bank ] 2. Asking For The Court ] , No Claims [ No Check(s) ] – On [] Any And All Certifications to Contradictions

IN THE UNITED STATES DISTRICT COURT

PHILADELPHIA , PENNSYLVANIA

| | |
|---|---|
| ART WALTERS , ET , AL , | CASE NO . CASE NO. 02 : 08 – CV – 4187 |
| Plaintiffs , | DATE , Thursday , 04 September , 2008 , 16:3 |
| versus , | Purpose - The U.S |
| U.S , ET , AL , | CIVIL RIGHTS ACT OF |
| Defendants , | 1964 , The Bureau Of |
| | Administration Act , P.L. |

CASE NO. 02 , 08 – CV – 4187 , RULES 33 , 58 R. , INTERROGATORY [ MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE
INCIDENT OF , AS , AN UNANSWERABLE [ FINAL ] PLEADING , 30 , AND , 10 DAY SUSPENSE(S) ]

S T I P U L A T I O N

[ FOR , CHIEF EXECUTIVE OFFICER , BANK OF AMERICA , CHARLOTTE , NORTH CAROLINA ]

**Bank of America**

Dispute Resolution Services
P.O. Box 53137
Phoenix, AZ 85072-3137

July 3, 2008

ARTHUR TERRY WALTERS
PO BOX 7883
ATLANTIC CITY NJ 08404-7883

Amount:                $101.06
Claim Number:          1565203JUL08
Account Number ending in:   2853

Dear ARTHUR TERRY WALTERS:

Thank you for your recent inquiry concerning the above-referenced ATM/Check Card activity. Our goal is to research and resolve this matter for you as quickly as possible.

To ensure your total customer satisfaction, we have issued a temporary credit for $101.06 on July 3, 2008 while we perform our research.

In accordance with the applicable law, we require your written confirmation of the transaction or transactions that you dispute. Accordingly, please complete and return the enclosed dispute form within five days upon receipt of this letter. For your convenience in responding, you may use the enclosed business reply envelope, or you may fax the information to 800.306.1079.

We will be conducting research to resolve your disputes and we will notify you of the final result. Should it be determined that no error has occurred, or if we do not receive the dispute form, the temporary credit to your account will be reversed and the dispute will be considered resolved.

Bank of America appreciates your business and values you as a customer. If you have any questions about this matter, please call our toll free number 877.366.1121 for assistance in English or 877.247.3220 in Spanish. Our Customer Service Representatives are available to assist you Monday through Friday between 7:00 a.m. and 10:00 p.m., and Saturday and Sunday between 8:00 a.m. and 5:00 p.m. local time. For faster service, please have your claim number, access identification and Personal Identification Number (PIN) available.

ATM/Debit Card Operations FRDC01
Enclosure(s)

IN THE UNITED STATES DISTRICT COURT

PHILADELPHIA , PENNSYLVANIA

ART WALTERS , ET , AL. ,

Plaintiffs ,

Versus . ,

U.S. , Et. , Al. ,

Defendants ,

CASE NO.   CASE NO. 02 : 08 – CV – 4187 A

DATE :, Thursday . 04 September , 2008 , 16:20.

Purpose : The U.S.

Civil Rights Act Of

1964 , The Bureau Of

Administration Act , P.L.



RECEIVED

SEP – 5 2008

U.S. C.A. 3rd

CASE NO. 02 : 08 – CV – 4187 , RULES 33 , 59 B. , INTERROGATORY [ MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE
THOUGHT OF , AS , AN UNANSWERABLE { FINAL } PLEADING , 30 , AND, 10 DAY SUSPENSE(S) ]

S T I P U L A T I O N

[ FOR : DEPUTY CLERK , CHIEF INTAKE , UNITED STATES DISTRICT COURT , PHILADELPHIA , PENNSYLVANIA ]

CASE NO. 02 : 08 -- CV -- 4187 , RULES 33 , 59 B. , INTERROGATORY { MOVANT , AUTHORIZED EVEN AFTER WHAT IS OTHERWISE THOUGHT OF , AS , AN UNANSWERABLE { FINAL } PLEADING , 30 , AND, 10 DAY SUSPENSE{S} }

S T I P U L A T I O N

{ FOR : DEPUTY CLERK , CHIEF INTAKE , UNITED STATES DISTRICT COURT , PHIALDELPHIA , PENNSYLVANIA }

HEREIN PROPOSED TO MY , THE DEPUTY CLERK , CHIEF INTAKE  , I ART WALTERS , 196505804 , REQUEST AN IMMEDEATE PAYMENT OF DAMAGES AS INDICATED AT ENCLOSURE , SPECIFIC , DATE , TIME , AND , CIRCUMSTANCES . CLERK INVOLVED HAS OF LONG STANDINGF , A RECORD OF SUCH INCIDENCES , AND , AS SUCH , IS HIGHLY LIKELY TO BE FOUND LIABLE . . LASTLY , COSTS , FEES , AND , EXPENSES AWARDED BY THE COURT { SEE RULE 8 ( D ) , SPECIFIC DENIAL } , TOTAL , 430 . 00 . A CREDIT , OR , CHECK ISSUED BY THE CLERK IS ASKED FOR SIMPLICITY , AND , CONVIENCE OF TIME . NO FORGIEN CITIZENSHIPS , NO RELIGOUS , SOCIAL , OR , POLITICAL MEMBERSHIPS  [ U.S. ] , A STATUS OF NON -- AFFILIATED IS ORDERED BY REFERENCE ORDER { SEE RULE 8 ( D ) , SPECIFIC DENIAL , SUPERCESSION OF THE CURRENT DIRECTOR , IMMIGRATION , AND , NATURALIZATION SERVICE , PRIMARY PLAINTIFF IS FORMER SECRETARY FOR IMMIGRATION AND NATURALIZATION . MATTER IS a. NOT A DEVICE CASE , b. MAY CONTAIN NO RULE BY CLERK'S NOTES , AND , c. NO USE ASSIGNMENT , DEVICE , OR , LINE NUMBERS BY ALL , OR , ANY DEFENDANT{S} IS ALSO A PART OF THE COURT'S ORDER } ! THE PHILADELPHIA POLICE DEPARTMENT IS ALSO , AN ADDED DEFENDANT{s} { R.I.C.O. , TITLE 18 U.S.C. , a. UNDUE INFLUENCE , b. VIOLATION OF JURISDICTION { 1. Advising The Court , 2. Acting For The Court } . No Claims { No Check{s} -- On }{ Any And All Certifications In Contradiction Of Content OF The Stipulation Are Rejected Of Docket , Each Item Is A Forgery * , Title 18 U.S.C. . See Docket Rule , U.S.S.C. , Title 28 U.S.C. } ! THIS STIPULATION DOES INCLUDE DIRECTOR'S RULE BY FORMER DIRECTOR , ART WALTERS , 196505804 { SOLE HOLDER } IN SUPERCESSION * OF MISTER NORRIS GELMAN { Executive Rule , Includes R.I.C.O. , F.B.I. , Threats , Title 18 U.S.C. }  .

ArT

Mister Steve Torres

Deputy Clerk , Chief Intake

U.S.D.C. , E.D. , P.A. , Philadelphia , Pennsylvania

Chief Executive { Retired , Elected : a. American Communist Party , b. Communist OF U.S.A. , c. Democrat ,d.  Republican And , e. Soviet , }

Former Counsel To The President * { Retired , Elected : a. Democrat , b. Republican , And ,  c. Soviet  , 3 Terms }

SPECIFIC DATE , TIME , AND , CIRCUMSTANCES

CARD DECLINED BY THE CLERK OF COURT , CARD VALID AND UNUSED [ SEE RECEIPT ] . THE NATIONAL POLICY OF THE OFFICE OF COURT ADMINISTRATOR , AND , THE DEPARTMENT OF JUSTICE IS TO ACCEPT ALL CREDIT AND DEBIT CARDS [ INCLUDES GIFT CARDS ] [U.S. REPORTS , U.S.S.C. ][ 5 September 2008 ] !

Also , A Theft Of Personnel Accounts , Transaction On Said Accounts , Proceeds , Title 18 U.S.C. , 1.. A Breech Of Process , 2. Theft . Lastly , A " Burn " Card May Not Be Issued Based Upon A Card Requisitioned From A Local Issuance Authority For A Specific Individual [ Primary Plaintiff ] , An Identification Card , The Federal Bureau Of Investigation , Director , Retired [ Idssued , 5 September 2008 .

DAMAGES [ U.S. , 1. Clerk , Intake , 2. Director F.B.I. , 3. Chair , JCS ] : a. TITLE 42 , U.S.C. , RACIAL PREJUDICE , b. TITLE 18 U.S.C. , FRAUD , BY FALSE STATEMENT [ CARD NOT DECLINED ] , 25 , 000 . 00 Credit Card Credit [ Paid On Date Specified By Administrative – Finance Order , Case No. 02 : 08 – CV – 3946 , See Rule 8 ( D ) , Specific Denial ] .



home | sign in | contact information

## ACCOUNT TRANSACTIONS

Printer Friendly Version...

| Card Account: FastCardVisa - 3155 | Available Balance: 25.0 |
|---|---|

| | |
|---|---|
| Total Debits | $0.0 |
| Total Credits | $0.0 |
| Ending Balance | $25.0 |

Posted Transaction:

| Transaction Date | Transaction | Debit(-) | Credit(+) |
|---|---|---|---|

LEARN MORE MENU

Learn More
Important Things to Know
FAQ
Terms & Conditions
Contact Information

TRANSMISSION VERIFICATION REPORT

```
                                  TIME  : 09/04/2008 21:23
                                  NAME  : FEDEX KINKO'S   0669
                                  FAX   : 215-923-2560
                                  TEL   :
                                  SER.# : 000H7N172072
```

```
DATE,TIME              09/04  21:23
FAX NO./NAME           16139416900
DURATION               00:00:53
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/04/2008 21:08
NAME   : FEDEX KINKO'S    0669
FAX    : 215-923-2560
TEL    :
SER.#  : 000H7N172072
```

```
DATE,TIME          09/04  21:07
FAX NO./NAME       12155976390
DURATION           00:00:42
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/04/2008 21:06
NAME   : FEDEX KINKO'S    0669
FAX    : 215-923-2560
TEL    :
SER.#  : 000H7N172072
```

```
DATE,TIME          09/04  21:05
FAX NO./NAME       18003061079
DURATION           00:00:45
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

TRANSMISSION VERIFICATION REPORT

TIME  : 09/04/2008 22:55
NAME  : FEDEX KINKO'S    0669
FAX   : 215-923-2560
TEL   :
SER.# : 000H7N172072

| | |
|---|---|
| DATE,TIME | 09/04  22:55 |
| FAX NO./NAME | 12155976390 |
| DURATION | 00:00:53 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/04/2008 22:57
NAME   : FEDEX KINKO'S    0669
FAX    : 215-923-2560
TEL    :
SER.#  : 000H7N172072
```

```
DATE,TIME              09/04  22:56
FAX NO./NAME           12024562461
DURATION               00:00:58
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```